FILED

1  ANTHONY DE LOS REYES, ESQ. (SBN: 43644)
2  POCRASS & DE LOS REYES, LLP
   1875 CENTURY PARK EAST, SUITE 1750
3  LOS ANGELES, CA 90067
   Telephone: (310) 550-9050
4  Facsimile: (310) 550-9051

2013 APR -2  PM 3: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

5  Attorneys for Plaintiffs,
6  ESTER GONZALEZ AND CARLOS GONZALEZ

BY _____

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10  ESTER GONZALEZ, an individual; and       CASE NO: CV13-02358-RSWL
11  CARLOS GONZALEZ, an individual                              (SSx)

12          Plaintiff                        COMPLAINT FOR DAMAGES;
                                             DEMAND FOR JURY TRIAL
13  v.
                                             1.  Strict Products Liability
14                                           2.  Strict Products Liability –
    FRANCK'S LAB, INC., a Florida                Failure to Warn
15  Corporation; FRANCK'S COMPOUNDING        3.  Negligent Products Liability
    LAB, a Florida Corporation; FRANCK'S     4.  Breach of Warranty
16  COMPOUNDING PHARMACY, a Florida          5.  Loss of Consortium
    business, form unknown; PAUL W.
17  FRANCK, an individual; ANTHONY
    JAMES CAMPBELL, an individual;
18  WELLS PHARMACY NETWORK, L.L.C.,
    a Florida limited liability corporation,
19  inclusive.
20
21          Defendant
22
23

24          COMES NOW Plaintiffs ESTER GONZALEZ and CARLOS GONZALEZ, and for

25  causes of action as to all defendants, and each of them, allege:

26

27

28

                                      1

COMPLAINT FOR DAMAGES

## I.

## INTRODUCTION

1.      On January 18, 2012, Plaintiff ESTER GONZALEZ ("MS. GONZALEZ") was a patient of Kent W. Small, M.D. at the Macular and Retina Institute, located at 8635 West 3rd Street in the city of Los Angeles, California.  MS. GONZALEZ was under the care of Dr. Small for various vision problems, including diabetic retinopathy and macular degeneration.

2.      On January 18, 2012, Dr. Small injected Triamcinolone Acetonide (hereinafter "TMC") in to the left eye of MS. GONZALEZ.  Similarly, on January 19, 2012 Dr. Small injected her right eye with TMC.

3.      TMC was manufactured, inspected,  distributed and sold by defendants FRANCK'S    LAB,    INC.,    FRANCK'S    COMPOUNDING    LAB,    and    FRANCK'S COMPOUNDING PHARMACY, (collectively referred to as "Franck's").

4.      After the surgery, MS. GONZALEZ experienced blurred vision and severe pain. MS. GONZALEZ'S eyes did not respond to antibacterial eye drops and steroid drops, and injections into her eyes.  MS. GONZALEZ thereafter underwent several additional surgeries to her eyes; however, the adulterated TMC and resulting infections has caused permanent damage to her retinas, and in the total loss of her vision.

5.      Approximately two months after MS. GONZALEZ'S surgery, lab tests confirmed that the TMC used during the aforesaid injections was adulterated and not sterile.

6.      A nationwide recall was issued by Franck's for impure TMC after numerous reports to the Center for Disease Control (CDC) of infections in the eyes of patients with partial to severe vision loss after having been exposed to Triamcinolone and the FDA issued a warning to physicians regarding the product.

2

**COMPLAINT FOR DAMAGES**

**II.**

**JURISDICTION AND VENUE**

7.  This Court has diversity jurisdiction over this action pursuant to U.S.C. § 1332 because the citizenship of the parties is diverse.

8.  The amount in controversy exceeds $75,000, exclusive of interest and costs.

9.  Venue is proper in this District pursuant to 28 U.S.C. §§1391(a), (c)-(d).

**III.**

**PARTIES**

**A.    PLAINTIFFS**

10.  At all relevant times to this lawsuit, Plaintiff ESTER GONZALEZ is a resident of Monterey Park, County of Los Angeles, State of California.

11.  At all relevant times to this lawsuit, Co-Plaintiff CARLOS GONZALEZ is a resident of Monterey Park, County of Los Angeles, State of California and the husband of Co-Plaintiff ESTER GONZALEZ.

**B.    DEFENDANTS**

12.  At all times relevant to this lawsuit, Defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, and FRANCK'S COMPOUNDING PHARMACY were Florida Corporations, with their principal places of business in Ocala, Florida. Plaintiffs are informed and believe and upon that basis allege that at all times relevant to this lawsuit, the aforesaid Florida corporations were licensed by the California Department of Consumer Affairs Board of Pharmacy.

13.  Plaintiffs are informed and believe and upon that basis allege that Defendants FRANK'S LAB, INC., FRANCK'S COMPOUNDING LAB, and FRANCK'S COMPOUNDING PHARMACY, (collectively referred to hereinafter as "Franck's") and each

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

3

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

1   of them, were doing business in California, and manufactured, distributed, sold and introduced

2   TMC into the stream of commerce intended for sale and use in California.

3         14.    At all times relevant to this lawsuit, defendant PAUL W. FRANCK is and was

4   a principal and shareholder of the above Florida corporations, was involved in the

5   management and operations of Franck's and directed the manner in which TMC was

6   compounded in the laboratory.

7         15.    At all times relevant to this lawsuit, defendant ANTHONY JAMES

8   CAMPBELL was a lead chemist with the FRANCK'S entities., and responsible for overseeing

9   laboratory operations, including the compounding of TMC, and ensuring compliance with the

10   rules, laws and regulations concerning compounding pharmacies, and the sale and distribution

11   of drugs such as TMC.

12         16.    WELLS PHARMACY NETWORK, L.L.C. is a Florida limited liability

13   corporation and is, in whole or in part, a successor in interest to the Franck's defendants and, as

14   such, is liable for the acts or omission of its predecessor in interest.  Plaintiffs are informed and

15   believe, and on that basis allege, that at all times relevant to this lawsuit, WELLS

16   PHARMACY NETWORK, L.L.C.  is licensed by the California Department of Consumer

17   Affairs Board of Pharmacy.

### III.

### FACTUAL BACKGROUND

**A.    Adulterated Triamcinolone**

      17.    TMC  is a corticosteroid used by ophalmologists to reduce macular edema

caused by diabetic retinopathy.

      18.    The TMC administered to ESTER GONZALEZ was manufactured, distributed

and sold by defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB,

FRANCK'S COMPOUNDING PHARMACY.

      19.    Investigations by numerous state, county and federal health agencies concluded

that Franck's Triamcinolone was adulterated and not sterile and that the defendants had

4

violated numerous federal rules and regulations. In approximately April 2012, the U.S. Food and Drug Administration ("FDA") issued a Warning, which advised PAUL W. FRANCK and FRANCK'S LAB, INC., that:

a.      The subject TMC was adulterated within the meaning of Section 501(a)(1) of the Act [21 U.S.C. §351(a)(1)] and that it was tainted with filthy, putrid or decomposed substances;

b.      The TMC was adulterated within the meaning of Section 501(c) of the Act [21 U.S.C. § 351(c)] in that its strength was different from, or its purity or quality fell below, that which is purported to possess;

c.      The TMC and all sterile drugs compounded by the defendants were adulterated under Section 501(a)(2)(A) of the Act [21 U.S.C. § 351(a)(2)(A)] in that they were prepared, packed and stored under unsanitary conditions whereby they may have been tainted by filth;

d.      The TMC was misbranded within the meaning of Section 502(a) of the Act [21 U.S.C. § 352(a)] because their labeling was false and misleading;

e.      Laboratory analysis by the FDA of the confiscated TMC samples from defendants, indentified the presence of bacteria and other micro-organisms which genetically matched samples of those taken from patients after the injection of Triamcinolone into their eyes;

f.      The FDA found several locations in the firm's laboratory where multiple bacterial and other species of micro-organisms were identified. These micro-organisms in the laboratory sections which were identified as "clean rooms" made any product compounded in those areas adulterated within the meaning of Section 501 (a)(2)(A) of the Act [21 U.S.C. § 351(a)(2)(A)];

g.      The FDA investigators observed numerous instances of unsanitary and inappropriate practices by compounding technicians who left and re-entered clean rooms

5

1  without changing lab coats, who were touching non-sterile items while wearing their sterile

2  gloves and then returned to compounding activities, etc.; and

3          h.      The TMC products were misbranded insofar as they were labeled as

4  being sterile, and they contained filthy, putrid, or decomposed substances.

5        20.     FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S

6  COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL,

7  WELLS PHARMACY NETWORK L.L.C., and each of them, knew that failing to follow safe

8  and appropriate compounding practices could result in complications, including fatal ones.  In

9  2009, Franck's compounded cocktails that were given to prized polo horses from the

10  Venezuelan-owned Lechuza Caracas team in preparation for championship matches near West

11  Palm Beach, Florida.  Twenty-one of these prized polo horses died from errors committed by

12  Franck's in compounding these cocktails.

13        21.     The FDA investigation following the incident with the polo horses led the

14  agency to conclude that the Defendants were mixing brews outside of federal guidelines and

15  were utilizing drugs that had not been approved for use in the United States.

16        22.     Tragic complications of the patients who ended up receiving injections of the

17  adulterated and non-sterile TMC are just one example of the problems in the largely

18  unregulated area of compounding pharmacies.  Recently, hundreds of patients who underwent

19  steroid injections were stricken with menigitis due to adulterated steroid fluid.

20

### FIRST CAUSE OF ACTION

### (Strict Products Liability)

23  PLAINTIFFS, ESTER GONZALEZ AND CARLOS GONZALEZ, FOR A FIRST

24  CAUSE OF ACTION AGAINST DEFENDANTS FRANCK'S LAB, INC., FRANCK'S

25  COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK,

26  ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., INCLUSIVE,

27  FOR STRICT PRODUCTS LIABILITY, ALLEGE:

28

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

6

---

**COMPLAINT FOR DAMAGES**

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

23.     Plaintiffs incorporate herein by reference all of the preceding paragraphs as though fully set forth herein.

24.     On or about January 18, 2012 and January 19, 2012, ESTER GONZALEZ received injections of TMC for diabetic retinopathy, the purpose for which it was intended.

25.     At all times herein mentioned, Defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, were engaged in the business of and prior to December 22, 2011, did manufacture, design, compound, test, inspect, and/or sell TMC.

26.     FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, failed to take precautions or institute policies or procedures that would ensure that the labs and clean rooms where TMC was to be manufactured and/or compounded were in fact sterile environments.

27.     When the TMC left the possession of FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., it was adulterated, impure and not sterile and therefore contained design and/or manufacturing defects.

28.     The TMC was unsafe for its intended use and did not perform as safely as an ordinary consumer would have expect it to perform when used in an intended and foreseeable manner because of the adulteration, impurities and defects in its manufacture, design, testing, and warnings.

29.     As a legal result of the defective, adulterated, impure and not sterile TMC that was administered to ESTER GONZALEZ, she was injured and harmed and now suffers blindness in both eyes; all of which has caused and will continue to cause her great mental and physical and emotional pain and suffering.  MS. GONZALEZ is informed and believes, and

7

1   upon that basis alleges, that such injuries will result in some permanent disability to her.  As a

2   result of such injuries, MS. GONZALEZ has suffered general damages in an amount to be

3   proven at the time of the trial.

4          30.    As a further legal result of the defective, adulterated, impure and not sterile

5   TMC, MS. GONZALEZ has incurred past and future medical and related expenses for

6   physicians, surgeons, hospital care, and other medical services and supplies in an amount

7   according to according to proof.

8          31.    Defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB,

9   FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES

10  CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of their conduct described

11  herein, was despicable conduct carried on by all defendants with a willful and conscious

12  disregard of the rights of plaintiff or subjected him to cruel and unjust hardship in conscious

13  disregard of plaintiff's rights, or was an intentional misrepresentation, deceit, or concealment

14  of a material fact known to the defendants with the intention to deprive plaintiff of property,

15  legal rights, or to otherwise cause injury, such as to constitute malice, oppression, or fraud

16  under California Civil Code section 3294, thereby entitling plaintiff who has alleged personal

17  injuries as a alleged above to punitive damages in an amount appropriate to punish or set an

18  example of FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S

19  COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL,

20  WELLS PHARMACY NETWORK L.L.C., and each of them.

21  ///

22  ///

23  ///

24

25

26

27

28

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

8

**COMPLAINT FOR DAMAGES**

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

## SECOND CAUSE OF ACTION

### (Strict Products Liability – Failure to Warn)

PLAINTIFFS ESTER GONZALEZ AND CARLOS GONZALEZ, FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., INCLUSIVE, FOR STRICT PRODUCTS LIABILITY—FAILURE TO WARN, ALLEGES:

32.     Plaintiffs, ESTER GONZALEZ and CARLOS GONZALEZ, incorporate herein by reference all of the preceding paragraphs as though fully set forth herein.

33.     The TMC that was injected into MS. GONZALEZ'S eyes on January 18, 2012 and January 19, 2012, was defective in that there was no warning on the product that it was, or could be, adulterated, impure and/or not sterile.

34.     FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, knew that doctors would use their TMC in reliance on the representations made by defendants that the product was sterile and safe for use in the manner for which it was intended.  Furthermore, doctors who used Triamcinolone on their patients had no reason to believe that the TMC manufactured by FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., was adulterated, impure and not sterile.

35.     Plaintiff's are informed and believe, and upon that basis allege, that FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., were aware of the problems with their TMC prior to January 18, 2012 January 19, 2012, yet they failed to recall the product, issue warnings to

9

the medical community or otherwise do anything to prevent the impure product from being injected into ESTER GONZALEZ'S eye.

36.     The failure to warn of the adulterated and impure TMC and its dangerous effects by FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., were substantial factors in causing the injuries suffered by ESTER GONZALEZ.

37.     Plaintiff   ESTER   GONZALEZ   incorporates   by   reference   the   damage allegations of each of paragraphs 40-43 alleged against defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, as though fully set forth herein.

### THIRD CAUSE OF ACTION
### (Breach of Warranty)

PLAINTIFFS, ESTER GONZALEZ AND CARLOS GONZALEZ, FOR A THIRD CAUSE OF ACTION AGAINST DEFENDANTS FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., INCLUSIVE, FOR BREACH OF WARRANTY, ALLEGES:

38.     Plaintiffs, ESTER GONZALEZ AND CARLOS GONZALEZ, incorporate herein by reference all of the preceding paragraphs as though fully set forth herein.

39.     FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, represented and warranted to ESTER GONZALEZ, through the medical community, that their TMC was safe and effective and could be used in conjunction with retinal eye surgery.

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

10

**COMPLAINT FOR DAMAGES**

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

40.     The TMC that was used in ESTER GONZALEZ'S treatment was warranted and represented to be fit for that particular purpose.  However, the TMC was not fit for that particular purpose because it was adulterated, impure and not sterile, which resulted in serious and permanent injuries to MS. GONZALEZ as previously alleged.

41.     Plaintiff ESTER GONZALEZ incorporates by reference the damage allegations of each of paragraphs 40-43 alleged against defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them as though fully set forth herein.

## FOURTH CAUSE OF ACTION

### (Negligent Products Liability)

PLAINTIFFS, ESTER GONZALEZ AND CARLOS GONZLAEZ, FOR A FOURTH CAUSE OF ACTION AGAINST DEFENDANTS FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., INCLUSIVE, FOR NEGLIGENT PRODUCTS LIABILITY, ALLEGES:

42.     PLAINTIFFS, ESTER GONZALEZ AND CARLOS GONZALEZ, incorporates herein by reference all of the preceding paragraphs as though fully set forth herein.

43.     At all times herein mentioned, FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, knew, or in the exercise of reasonable care should have known, that the failure to keep a sterile and clean environment where the TMC was being compounded, would result in a product of such a nature that was not properly manufactured, designed, assembled, compounded, tested, and sold, for the use and purpose for which it was intended.

11

1    Furthermore, such a product was likely to cause serious injury to the person or persons on

2    whom it was used and for whose safety it was originally intended.

3         44.    At all times herein mentioned, FRANCK'S LAB, INC., FRANCK'S

4    COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK,

5    ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of

6    them, so negligently and carelessly manufactured, designed, assembled, compounded, tested or

7    failed to test, or failed to inspect, and sold the TMC, so that it was in a dangerous and

8    defective condition and unsafe for the use and purpose for which it was intended when used as

9    recommended by the defendants, and each of them.

10        45.    The defective and dangerous character and condition of the previously-

11   described TMC, in that it was unsafe for the use and purpose for which it was intended when

12   used as recommended by FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB,

13   FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES

14   CAMPBELL, WELLS PHARMACY NETWORK L.L.C., was known to FRANCK'S LAB,

15   INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY,

16   PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK

17   L.L.C. and each of them, or in the exercise of ordinary care should have been known and

18   discovered by them.

19        46.    PLAINTIFF ESTER GONZALEZ and her physicians were not aware of said

20   defects at any time prior to the injuries caused by the previously-described TMC.

21        47.    Plaintiff, ESTER GONZALEZ, incorporates by reference the damage

22   allegations of each of paragraphs 40-43 alleged against defendants FRANCK'S LAB, INC.,

23   FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL

24   W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK

25   L.L.C., and each of them, as though fully set forth herein.

26

27

28

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

12

**COMPLAINT FOR DAMAGES**

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

## FIFTH CAUSE OF ACTION

### (Loss of Consortium)

PLAINTIFF, CARLOS GONZALEZ, FOR A FIFTH CAUSE OF ACTION AGAINST DEFENDANTS FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., INCLUSIVE, FOR LOSS OF CONSORTIUM, ALLEGES:

48. Plaintiff CARLOS GONZALEZ, incorporates herein by reference all of the preceding paragraphs as though fully set forth herein.

49. Plaintiffs ESTER GONZALEZ AND CARLOS GONZALEZ are and at all relevant times herein were married and living together in Monterey Park, County of Los Angeles, State of California.

50. As a proximate result of the acts or omissions to act by FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, and the injuries sustained by ESTER GONZALEZ, Plaintiff CARLOS GONZALEZ has been deprived of, and in the future will be deprived of the work, services, duties, love, companionship, care, comfort, society, and consortium of her spouse, all to her damage in an amount according to proof at the time of trial.

## PRAYER

WHEREFORE, plaintiffs ESTER GONZALEZ AND CARLOS GONZALEZ pray for judgment against defendants FRANCK'S LAB, INC., FRANCK'S COMPOUNDING LAB, FRANCK'S COMPOUNDING PHARMACY, PAUL W. FRANCK, ANTHONY JAMES CAMPBELL, WELLS PHARMACY NETWORK L.L.C., and each of them, as follows:

A. As to Plaintiffs ESTER GONZALEZ AND CARLOS GONZALEZ, pray for judgment against all defendants and each of them as follows:

13

**COMPLAINT FOR DAMAGES**

1

2          1.   For all economic damages of ESTER GONZALEZ caused including all past and

3               future medical and incidental expenses, in an amount according to proof;

4          2.   For general damages of ESTER GONZALEZ for past and future physical pain,

5               mental suffering, loss of enjoyment of life, disfigurement, physical impairment,

6               anxiety, worry, mental, and emotional distress, and all to his general damages in a

7               amount according to proof;

8          3.   For punitive damages in an amount sufficient to deter this kind of conduct;

9          4.       For costs of suit; and

10         5.       Such other and further relief as the Court deems just and proper.

11

12   B.    As to Plaintiff CARLOS GONZALEZ, pray for judgment against all defendants and each

13         of them as follows:

14

15         1.   For general damages for loss of consortium in an amount according to proof.

16

17   DATE: March 14, 2013              POCRASS & DE LOS REYES LLP

18                                     By: _____
                                            ANTHONY DE LOS REYES
19                                          Attorneys for Plaintiffs,
                                            ESTER GONZALEZ AND CARLOS
20                                          GONZALEZ

21

22

23

24

25

26

27

28
                                            14

     **COMPLAINT FOR DAMAGES**

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

1

2
## DEMAND FOR JURY TRIAL

3
    Plaintiffs hereby demand a jury trial.

4

5

6
DATE: March _14_, 2013       POCRASS & DE LOS REYES LLP

7

8
By:                     

          ANTHONY DE LOS REYES

9
          Attorneys for Plaintiffs,

          ESTER GONZALEZ  AND CARLOS

10
          GONZALEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POCRASS & DE LOS REYES LLP
1875 Century Park East, Suite 1750
Los Angeles, California 90067
Telephone: (310) 550-9050

15

**COMPLAINT FOR DAMAGES**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV13- 2358 RSWL (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=== === === === === === === === === === === === === === === === === === === === ===

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Anthony De Los Reyes, Esq. (SBN 43644)
POCRASS & DE LOS REYES LLP
1875 Century Park East, suite 1750
Los Angeles, CA 90067
Telephone: (310) 550-9050

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER GONZALEZ, an individual; and CARLOS GONZALEZ, an individual | CASE NUMBER |
| PLAINTIFF(S) | CV13-02358 _RSWL (SSx)_ |
| v. | |
| FRANCK'S LAB, INC., a Florida Corporation; FRANCK'S COMPOUNDING LAB, a Florida Corporation, | **SUMMONS** |
| _See Attached_          DEFENDANT(S). | |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Anthony De Los Reyes_____, whose address is _1875 Century Park East, Suite 1750, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _APR - 2 2013_____

By: _MARILYN DA_____

Deputy Clerk

_(Seal of the Court)_

_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)]._

1 ANTHONY DE LOS REYES, ESQ. (SBN: 43644)
POCRASS & DE LOS REYES, LLP
2 1875 CENTURY PARK EAST, SUITE 1750
LOS ANGELES, CA 90067
3 Telephone: (310) 550-9050
Facsimile: (310) 550-9051
4

5 Attorneys for Plaintiffs,
ESTER GONZALEZ AND CARLOS GONZALEZ
6

7                        UNITED STATES DISTRICT COURT

8                      CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 ESTER GONZALEZ, an individual; and<br>11 CARLOS GONZALEZ, an individual | CASE NO: |
| 12            Plaintiff | **COMPLAINT FOR DAMAGES;**<br>**DEMAND FOR JURY TRIAL** |
| 13 v. | 1.    Strict Products Liability |
| 14 | 2.    Strict Products Liability –<br>         Failure to Warn |
| 15 FRANCK'S LAB, INC., a Florida<br>Corporation; FRANCK'S COMPOUNDING | 3.    Negligent Products Liability |
| 16 LAB, a Florida Corporation; FRANCK'S<br>COMPOUNDING PHARMACY, a Florida | 4.    Breach of Warranty |
| 17 business, form unknown; PAUL W.<br>FRANCK, an individual; ANTHONY | 5.    Loss of Consortium |
| 18 JAMES CAMPBELL, an individual;<br>WELLS PHARMACY NETWORK, L.L.C., | |
| 19 a Florida limited liability corporation,<br>inclusive. | |
| 20 | |
| 21            Defendant | |
| 22 | |
| 23 | |

24            COMES NOW Plaintiffs ESTER GONZALEZ and CARLOS GONZALEZ, and for

25 causes of action as to all defendants, and each of them, allege:

26

27

28

                                        1

                          **COMPLAINT FOR DAMAGES**

**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

ESTER GONZALEZ, an individual; and CARLOS GONZALEZ, an individual

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

FRANCK'S LAB, INC., a Florida Corporation; FRANCK'S COMPOUNDING LAB, a Florida Corporation, et al.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Anthony De los Reyes, Esq.
Pocrass & De Los Reyes LLP
1875 Century Park East, Suite 1750
Los Angeles, CA 90067

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Spencer H. Jenkins, Esq. / Thomas E. Beach, Esq.
Beach, Whitman, Cowdrey, LLP
500 E. Esplanade Drive, Suite 1400
Oxnard, CA 93036

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** Unspecified Amount

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 351 (A)(1) 501 (A)(1)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☒ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☒ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-02358**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ NO ☒ YES

If yes, list case number(s): CV13-01360 CAS (RNBx)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County (all plaintiffs) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida (all defendants) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: March 28, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

CV-71 (02/13)                                      CIVIL COVER SHEET                                      Page 2 of 2