UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | CV13-2358-CAS(RNBx) | Date | May 20, 2013 |
| Title | *ESTER GONZALEZ; ET AL. v. FRANKS LAB, INC.; ET AL.* | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE |

| | | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO A STAY IN THE ACTION

Pursuant to this action being one of a group of cases that are being presented to the JPML for a determination as to whether or not an MDL will be designated, the Court hereby stays the above-referenced action.

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a joint report detailing the status of the case within **60 days** and every quarter thereafter until the action has been reactivated on this Court's active caseload or a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All dates in this action are hereby **VACATED**.

IT IS SO ORDERED.

| | | | |
|---|---|---|---|
| | 00 | : | 00 |
| Initials of Preparer | CMJ | | |